EMMA S. HINES et al., Respondents, *v.* PATRICK MURPHY, INC., Appellant.

(Argued October 10, 1934; decided October 26, 1934.)

*William B. Davis* and *E. C. Sherwood* for appellant.

*F. Campbell Jeffery* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.